Benjamin F. RHODES, Appellant, v. Ralph F. KURTZ, Appellee.

No. 5995.

Circuit Court of Appeals, Third Circuit.

Jan. 6, 1936.

John N. Landberg, of Philadelphia, Pa., for appellant.

Louis S. May, of Lancaster, Pa., for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

This case turns on the question whether the petitioner was a farmer and, as such, entitled to the benefit of the federal statute here involved (Bankr.Act, § 75, as amended, 11 U.S.C.A. § 203). The court below and the referee both found he was not a farmer. Finding ourselves in entire accord with this holding, the order of the court below is affirmed.

William M. ROBINSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 39.

Circuit Court of Appeals, Second Circuit.

Dec. 16, 1935.

Bernhard Knollenberg, of New York City (Lord, Day & Lord and Harry J. Rudick, all of New York City, of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Joseph M. Jones, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of United States Trust Co. of New York v. Anderson (C.C.A.) 65 F.(2d) 575, 89 A.L.R. 994, certiorari denied 290 U.S. 683, 54 S.Ct. 120, 78 L.Ed. 589.

Warren S. ROWLAND, as Administrator of the ESTATE of Warren S. ROWLAND, Jr., Deceased, Appellee, v. Samuel J. MOTT, Appellant.

No. 141.

Circuit Court of Appeals, Second Circuit.

Dec. 9, 1935.

Butler, Kilmer, Hoey & Butler, of Saratoga Springs, N. Y. (Charles L. Hoey, Clarence B. Kilmer, and Walter P. Butler, all of Saratoga Springs, N. Y., of counsel), for appellant.

Murphy, Aldrich, Guy & Broderick, of Troy, N. Y. (John H. Broderick and Thomas H. Guy, both of Troy, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Miller v. Maryland Casualty Co. (C.C.A. 2) 40 F.(2d) 463.